**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7207**

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CHARLES EDWARD DODSON,

                              Defendant - Appellant.


_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge.  (CR-94-106)

_____

Submitted:  November 6, 2003       Decided:  November 21, 2003

_____

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Edward Dodson, Appellant Pro Se.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Edward Dodson appeals the district court's order dismissing his "Motion to Dismiss" and "Affidavit of Specific Negative Averment" nominally pursuant to "Fed. R. Crim. P. 12(B)(2)." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Dodson</u>, No. CR-94-106 (W.D. Va. filed July 21, 2003 & entered July 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>